AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**SHANIEL R. HASKINS**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **APRIL 7, 2008** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.**

in violation of Title **21** United States Code, Section(s) **841(a)(1)**.

I further state that I am **DETECTIVE LAVINIA QUIGLEY**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE LAVINIA QUIGLEY**
**SAFE STREETS TASK FORCE**

Sworn to before me and subscribed in my presence,

_____ at _____ Washington, D.C. _____
Date                                                                                   City and State

_____            _____
Name & Title of Judicial Officer                              Signature of Judicial Officer

**STATEMENT OF FACTS**

On April 7, 2008, at approximately 10:08 pm, members of the MPD/FBI Safestreets Task Force executed a Superior Court search warrant at 2200 H Street, NE, Apt. 154, Washington, D.C. Upon entry, defendant Shaniel Haskins was stopped in the kitchen area and stated that it was her apartment. Not in response to any questions, defendant Haskins stated that she will tell where everything is if the police do not "tear up her apartment." Haskins stated that the drugs were in the kitchen cabinet inside of the blue container. Inside of the blue salt container, which had a false bottom, the police recovered eight small ziplocks that contained a tanish powder which field tested positive for opiates (heroin). On top of the kitchen cabinet, the police recovered plates containing approximately 10 grams of loose tanish substance which field tested positive for opiates (heroin); numerous empty small ziplock baggies; razor blades; and straws. In defendant Haskins' coat pocket, which she was wearing, the police recovered numerous small empty ziplock bags. In her pants pockets, the police recovered $670 in cash. Also, in Haskins' bedroom, the police recovered $590 in cash, and in the livingroom, the police recovered $843 in cash. In addition to defendant Shantel Haskins, there was another adult female, Donnitha Miller, and three minor children. At the end of the search warrant, not in response to any questions, defendant Haskins stated that "everything here is mine," and that "she (Donnitha Miller) has nothing to do with it."

_____
DETECTIVE LAVINIA QUIGLEY
NARCOTICS SPECIAL INVESTIGATION DIVISION, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_ DAY OF APRIL, 2008.

_____
U.S. MAGISTRATE JUDGE