UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 08-     (JR) |
| | : | (Mag. No. 08-238 (DAR)) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **SHANTEL HASKINS,** | : | |
|    **Defendant** | : | |
| | : | |

### PARTIES' CONSENT MOTION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and defendant's counsel, Rudy Acree, hereby respectfully submit the following consent motion:

1. This matter is scheduled for a preliminary hearing/detention hearing on Friday, April 11, 2008. On Thursday, April 10, 2008, an indictment was returned against the defendant. The parties consent to a continuance of the detention hearing to a date scheduled before Judge James Robertson.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court grant

the instant motion to remove the case from the Magistrate Judge Calendar and continue the matter to a date scheduled by Judge James Robertson.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        Bar No. 498-610

By:    DARLENE SOLTYS
        Bar No. 431-036
        202-514-8147
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        **Counsel for United States**

By:
        RUDY ACREE
        1211 Connecticut Ave. Suite 303
        Washington, DC 20036
        202-744-9829
        **Counsel for Defendant**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 08-    (JR)** |
| : | **(Mag. No. 08-238 (DAR))** |
| : | |
| **v.** : | |
| : | |
| : | |
| **SHANTEL HASKINS,** : | |
| **Defendant** : | |
| : | |

ORDER

Upon review of the Parties' Consent Motion, and the entire record herein, it is hereby ORDERED, this _____ day of APRIL, 2008, that the detention hearing scheduled for April 11, 2008 shall be rescheduled by Judge James Robertson.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF COLUMBIA