**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA        :
                                :
                                :        (Mag. No. 08-238 (DAR))
                                :
              v.                :
                                :        **FILED**
                                :
SHANTEL HASKINS,                :        APR 1 0 2008
        **Defendant**           :
_____:        NANCY MAYER WHITTINGTON, CLERK
                                         U.S. DISTRICT COURT

ORDER

Upon review of the Parties' Consent Motion, and the entire record herein, it is hereby

ORDERED, this _____ day of APRIL, 2008, that the detention hearing scheduled for April 11, 2008

shall be rescheduled by Judge James Robertson.

                                   _____
                                   DEBORAH A. ROBINSON
                                   UNITED STATES MAGISTRATE JUDGE
                                   FOR THE DISTRICT OF COLUMBIA